**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**SOUTH BEND DIVISION**

Gerald Huntington

                        Plaintiff,

v.                                                    Case No.: 3:15−cv−00383−JTM−CAN

                                                     Senior Judge James T Moody

National Credit Adjusters, LLC, et al.

                        Defendant.

## CLERK'S ENTRY OF DEFAULT

Default is hereby entered against defendant(s)

                National Credit Adjusters LLC ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:  January 20, 2016        Sincerely,

                                       ROBERT N. TRGOVICH, CLERK

                                       By:  s/  Kimberly S Pflueger
                                               Deputy Clerk